IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | § |
| Plaintiff, | § |
| V. | § No. 3:24-CV-545-X-BN |
| HEADSTART WARRANTY GROUP LLC, ET AL., | § |
| Defendants. | § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS SO ORDERED this 22nd day of January, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE